Eric Chase, Bar # 148030
The United Defense Group, P.C.
4181 Sunswept Dr., Suite 100
Studio City, California 91604
Telephone: (818) 487-7400
Facsimile:   (818) 487-7414

COUNSEL FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:07-cr-00109-LJO |
|              Plaintiff, | ) **ORDER** |
|     vs. | ) |
| MICHAEL DAVID RAMIREZ | ) |
|              Defendant. | ) |

## ORDER

The court has received and reviewed the stipulation.  Based on good cause stated concerning the need to have the defense consultants review evidence, and the availability of said experts,

IT IS SO ORDERED that the status conference currently scheduled for August 24, 2007, at 9:00am be continued to September 14, 2007 at 9:00am.  Time is hereby excluded, pursuant to 18 USC §3161(h)(8), subsections (A), (B)(i) and (B)(iv), in that the good cause for the exclusion is outlined in the stipulation and is incorporated in this order.

IT IS SO ORDERED.

**Dated:   August 22, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

–1–
PROPOSED ORDER