FILED

DEC 0 4 2007

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CR-00109 LJO |
| Plaintiff, ) | ORDER TO SHOW CAUSE WHY DEFENSE COUNSEL SHOULD NOT BE SANCTIONED |
| v. ) | |
| MICHAEL DAVID RAMIREZ, ) | |
| Defendant. ) | |

The above entitled trial was scheduled to take place on December 3, 2007 in Department 4 of this Court. The date for the trial was requested and agreed upon by all counsel and ordered by the Court. A jury panel was summoned to appear for trial on December 3, 2007. On December 3, 2007, after the jury had assembled in the jury room and just before the jury panel was scheduled to appear in Department 4, defendant's counsel sought a continuance of the trial to substantiate alibi evidence and to permit completion of an expert's computer evaluation. The need for further computer evaluation and the existence of alibi information could have and should have been known long before the first day of trial. Had counsel acted promptly in this litigation or informed the Court when the need was discovered, the jury panel would not have been summoned.

/////

/////

1    Accordingly, defense counsel Eric Chase is ordered to SHOW CAUSE why

2  reimbursement sanctions in the amount of $6,960.00 should not now be imposed upon him for

3  his apparent absence of diligence. Counsel is ordered to respond to this Order to Show Cause in

4  writing no later than December 11, 2007.  Upon receipt of the response, the Court will determine

5  whether or not oral argument will be required.

6

7  Dated: December 4, 2007

   LAWRENCE J. O'NEILL
8                                                 UNITED STATES DISTRICT JUDGE

1                                **DECLARATION OF HEATHER MABE**

2   I, Heather Mabe, declare as follows:

3   1.     I am the Jury Administrator for the United States District Court, Eastern District

4          of California, Fresno Division.

5   2.     For the above captioned matter, I summoned approximately 64 potential jurors to

6          appear for trial on December 3, 2007.

7   3.     After taking attendance, I ran the cost assessment bill for the summoned jury

8          panel.  The costs associated with this panel are:

9                  $2,400.00 in attendance fees

10                 $4,398.00 for mileage paid

11                 $   162.00 for subsistence (hotel, etc)

12                 $6,960.00 TOTAL

13   4.     The amount of $6,960.00 is the cost incurred by this Court to have the jury appear

14          in the above captioned matter.

16   I declare under penalty of perjury that the foregoing is true and correct.

18   December 4, 2007                                   _Heather Mabe_