

1  McGREGOR W. SCOTT
   United States Attorney
2  SHEILA K. OBERTO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:07-cr- 00109 LJO |
|---|---|
| Plaintiff, | ) |
| | ) PROTECTIVE ORDER CONCERNING |
| v. | ) COMPUTER MEDIA CONTAINING CHILD |
| | ) PORNOGRAPHY |
| MICHAEL DAVID RAMIREZ, | ) |
| Defendant. | ) Honorable Lawrence J. O'Neill |

### ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.  Agents of the U.S. Immigration and Customs Enforcement (ICE) shall make a duplicate copy of the laptop hard drive and external hard drive that was seized by the government in this case.

2. The duplicate copy of the hard drive shall be made available for defense consultant, Don Vilfer for review at the offices of ICE in Fresno, California December 3, 2007 for the purpose of preparing for trial in the above-entitled action. The images on the hard drives shall not be viewed by any other person.

3.  Mr. Vilfer shall not remove the hard drive from the ICE office or copy, duplicate, or transfer any data or files onto any other media of any kind.

1      4.   When Mr. Vilfer indicates that it is finished with its
2  review of the copy of the hard drives, ICE Agents will "wipe" the
3  hard drive and return it to defense counsel or his consultant.

DATE: Dec. 3, 2007

HONORABLE LAWRENCE J. O'NEILL
United States District Judge