IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00109 LJO |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION TO FILE UNDER SEAL, AND |
| | ) | FOR *IN CAMERA* AND *EX PARTE* |
| v. | ) | TREATMENT, OF CERTAIN |
| | ) | PRIVILEGED AND CONFIDENTIAL |
| MICHAEL DAVID RAMIREZ, | ) | COMMUNICATIONS; AND |
| | ) | REASSIGNING ORDER TO SHOW |
| | ) | CAUSE |
| Defendant. | ) | TO ANOTHER DISTRICT JUDGE |
| | ) | |

Upon the motion of Defendant Michael David Ramirez, and for good cause shown, IT IS HEREBY ORDERED that:

1. Defense counsel's response to the Order to Show Cause shall be filed under seal, pursuant to Local Rule 39-141;

2. Defendant's motion for in camera and ex parte treatment of certain privileged and confidential communications is GRANTED; and

3. Defendant's motion to reassign the adjudication of whether defense counsel should be sanctioned to another judge is GRANTED.  This Court recognizes that counsel is an officer of the Court.  Great deference should be given because of that position.  This Court trusts that the representation is solid and substantive.

/////

////

/////

/////

4.      The matter of possible sanctions is therefore assigned to Senior District Judge Oliver W. Wanger.  A copy of counsel's declaration is to be lodged with the undersigned's chambers in a sealed envelope.  The sealed envelope will be provided to Judge Wanger, without consultation or discussion by the undersigned so the Judge Wanger can made a decision, either to have oral argument or to make a substantive decision.

IT IS SO ORDERED.

**Dated:    December 7, 2007**                                  **/s/ Lawrence J. O'Neill**
                                                                                    UNITED STATES DISTRICT JUDGE