1
2
3
4
5
6
7
8     **IN THE UNITED STATES DISTRICT COURT FOR THE**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10
11    UNITED STATES OF AMERICA,                1:07 CR 0109 LJO
12              Plaintiff,              **ORDER ON RECIPROCAL
                                        DISCOVERY**
13        v.
14    MICHAEL DAVID RAMIREZ,
15              Defendant.
      _____/
16
17        This Court has reviewed plaintiff United States of America's ("Government's") motion in
18    limine regarding discovery.  This Court rules on the Government's motion without the December
19    21, 2007 hearing in that the requested order would mandate compliance no later than December 20,
20    2007.
21        Pursuant to F.R.Crim.P. 16 and 26.2, as well as this Court's Local Rule 16-440, this Court
22    EXCLUDES evidence of reciprocal discovery, unless that discovery is provided no later than
23    December 20, 2007.  This Court further ORDERS defendant Michael David Ramirez, no later than
24    December 20, 2007, to provide information pertaining to any defenses of alibi and mental infirmity.
25
26    IT IS SO ORDERED.
27    **Dated:    December 11, 2007**          _____/s/ Lawrence J. O'Neill_____
                                               UNITED STATES DISTRICT JUDGE
28