1 | GERAGOS & GERAGOS
2 | A PROFESSIONAL CORPORATION
  | LAWYERS
3 | 644 SOUTH FIGUEROA STREET
  | LOS ANGELES, CALIFORNIA 90017-3411
4 | TELEPHONE (213) 625-3900
  | FACSIMILE (213) 625-1600
5 | MARK J. GERAGOS, Bar No. 108325
  | EUGENE P. HARRIS, Bar No. 214545
6 | Attorneys for Defendant
  | MICHAEL DAVID RAMIREZ

**FILED**

JAN 25 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL DAVID RAMIREZ, <br><br> Defendants. | Case No.: 1:07-CR-00109-LJO <br><br> ORDER EXTENDING TIME TO FILE MOTIONS FOR NEW TRIAL, FOR JUDGMENT OF ACQUITTAL OR FOR ARREST OF JUDGMENT UNDER RULES 29, 33 OR 34 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

IT IS HEREBY ORDERED that the [request for extension of] time for Defendant to file motions for new trial, for judgment of acquittal, or for arrest of judgment under Rules 29, 33, and 34 of the Federal Rules of Criminal Procedure is ~~extended to March 24, 2008.~~ untimely. The verdict was rendered on January 16, 2008.

IT IS SO ORDERED.

Date: January 25, 2008

_____
United States District Judge