# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00109 LJO |
| Plaintiff, | ) ) | ORDER ON RECONSIDERATION |
| v. | ) ) | |
| MICHAEL DAVID RAMIREZ, | ) ) | |
| Defendant. | ) ) | |

This Court was out of the Country the entire week of January 28, 2008 and thus did not receive the request for reconsideration until February 4, 2008. The request now appears to be moot. If counsel disagrees, the Court will entertain an appropriate motion.

IT IS SO ORDERED.

**Dated:   February 4, 2008**          /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE