IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00109 LJO |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| MICHAEL DAVID RAMIREZ, | ) ) | |
| Defendant. | ) ) ) | |

The Court has received and reviewed the Government's Request for three orders:

1. To hold that the Defendant has waived the Attorney-Client privilege as it pertains to his former counsel, Eric Chase;

2. To allow for leave to conduct discovery as it pertains to the assertions that form the basis for the pending motion for new trial;

3. To extend the time for the Government's response to the Defendant's motion for new trial.

Each requested motion for order is GRANTED.

In the motion for new trial, the defendant accuses his trial attorney of failing to: communicate, discuss plea offers, provide sentencing issues, conduct basic investigation, prepare for trial, prepare witnesses and alert the judge of potential jury issues.  On issues encompassed in the claim of ineffective assistance of counsel, the attorney-client privilege is waived.  Evans v Raines 800 F.2d 884 (9th cir. 1986).

///

///

///

1

Because the issue allegedly occurred at or near trial, and the Government had no ability to be privy of this information before the pending motion was filed, their request to pursue discovery is allowed.

      Finally, the extension of time is justified and granted.  The Government has up to and including May 14, 2008 to respond to the motion for new trial.   Defense Counsel has until May 19, 2008 to Reply.  The hearing of May 23, 2008 at 8:30 a.m. will remain intact.

IT IS SO ORDERED.

**Dated:   April 25, 2008**           **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE