IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00109 LJO |
| Plaintiff, | ) ) | SUPPLEMENT TO ORDER OF 4/25/2208 |
| v. | ) ) | |
| MICHAEL DAVID RAMIREZ, | ) ) | |
| Defendant. | ) ) ) | |

The Attorney-client privilege waiver pertains to prior defense counsel: Mr. Eric Chase, and all the other attorneys with the United Defense Group, LLP.

IT IS SO ORDERED.

**Dated:   April 28, 2008**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1